| INN –PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* 0755 3:97CR00007 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Decameron V Granger | Northern District Of Indiana | South Bend Division |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Chief Judge Robert L. Miller, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/07/08 | TO 03/06/2013 |

OFFENSE
Conspiracy W/I to Distribute a Controlled Substance 21:846 and Money Laundering, Aiding & Abetting therein 18:1956(a)(B)(1)(I) & 2.

JUDGE GRADY
MAGISTRATE JUDGE ASHMAN    08CR    248    KC

FILED
MARCH 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern District Of Indiana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois [Chicago]___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___3/17/08___                     ___[signature]___
Date                              United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUDGE GRADY
MAGISTRATE JUDGE ASHMAN

___MAR 2 4 2008___                ___James F. Holderman___
Effective Date                    United States District Judge