| INN - 2kOB 22 Rev. 05/04 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 0755 3:97CR00007 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Decameron V Granger | Northern District Of Indiana | South Bend Division |

FILED

APR 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Chief Judge Robert L. Miller, Jr. |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/07/08 | 03/06/2013 |

**OFFENSE**
Conspiracy W/I to Distribute a Controlled Substance 21:846 and Money Laundering, Aiding & Abetting therein 18:1956(a)(B)(1)(I) & 2.

RECEIVED

MAR 26 2008

08CR 248

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois [Chicago] _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/12/08_
Date

S/ROBERT MILLER, J.
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Northern_    DISTRICT OF _Illinois_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUDGE GRADY

MAGISTRATE JUDGE ASHMAN

MAR 2 4 2008
*Effective Date*

c/ Other Court Judge
*United States District Judge*

APPEAL, TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CRIMINAL DOCKET FOR CASE #: 3:97-cr-00007-RLM-1
## Internal Use Only

Case title: USA, et al v. Granger, et al

Other court case numbers: 3:99-cv-00006 SB
(Mason) 2255
3:99-cv-00272 SB
(Stanciel) 2255
:99- -02463
USCA (Mason)
appeal
:99- -02536
USCA (Stanciel)
app

Date Filed: 03/07/1997

Date Terminated: 07/10/1998

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By _K. Arthen_
DEPUTY CLERK
Date _3/31/08_

Assigned to:
Judge Robert L
Miller Jr

## Defendant (1)

**Decameron
Granger**
*TERMINATED:
07/10/1998*
*also known as*
*D*

represented by **Daniel T Coyne**
910 W Jackson Boulevard
Chicago, IL 60607
312-243-0444
*TERMINATED: 07/10/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | Defendant sentence to a term of imprisonme 151 months on each of count 1 and 23 to be concurrently, to be followed by a 5yr superv release term on count 1 and a 3yr supervised release term on count 23 to be served concu to each other, with conditions; Defendant to $200 special assessment due immediately ar made payable to Clerk, U.S. District Court |
| 18:1956(a)(1)(B)(i) & 2 MONEY LAUNDERING - INTERSTATE COMMERCE - DISTRIBUTION OF CONTROLLED SUBSTANCE (23) | Defendant sentence to a term of imprisonme 151 months on each of count 1 and 23 to be concurrently, to be followed by a 5yr superv release term on count 1 and a 3yr supervised release term on count 23 to be served concu to each other, with conditions; Defendant to $200 special assessment due immediately ar made payable to Clerk, U.S. District Court |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 21:841(a)(1) CONTROLLED SUBSTANCE - | Counts |

SELL, DISTRIBUTE, OR DISPENSE (3)

2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion

21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (4)

Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion

21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (5)

Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion

21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (6-7)

Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion

21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (8-9)

Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion

21:841(a)(1) CONTROLLED SUBSTANCE - SELL,

Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3

| | |
|---|---|
| DISTRIBUTE, OR DISPENSE (12) | and 34 dismissed on government motion |
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (14) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (17) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (18) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (19) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 18:1956(h) MONEY LAUNDERING - INTERSTATE COMMERCE - | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 |

| | |
|---|---|
| CONTROLLED SUBSTANCE-DISTRIBUTE (20) | and 34 dismissed on government motion |
| 18:1956(a)(1)(B)(i) & 2 MONEY LAUNDERING - INTERSTATE COMMERCE - DISTRIBUTION OF CONTROLLED SUBSTANCE (26) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 18:1343 AND 18:2 FRAUD BY WIRE, RADIO, OR TELEVISION (29) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 18:1014 LOAN AND CREDIT APPLICATIONS GENERALLY (30-32) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 21:853 CRIMINAL FORFEITURES (33) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |
| 18:982 CRIMINAL FORFEITURE (34) | Counts 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,3 and 34 dismissed on government motion |

**Highest Offense Level**

**(Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Miscellaneous Party**

| Gwendolyn Holliday | represented by | **Gwendolyn Holliday** |
|---|---|---|
| | | 123 W Hively Apt K-127 |
| | | Elkhart, IN 46517 |
| | | PRO SE |
| | | |
| | | **Roosevelt Thomas** |
| | | Westrate & Thomas |
| | | 204 Commercial Street |
| | | PO Box 359 |
| | | Dowagiac, MI 49047-0359 |
| | | 616-782-5144 |
| | | Fax: 616-782-5833 |
| | | Email: |
| | | laurielowe@email.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE* |
| | | *NOTICED* |
| | | *Designation: CJA* |
| | | *Appointment* |

**Miscellaneous Party**

| Angela James | represented by | **Angela James** |
|---|---|---|
| | | 54152 Ash Road # 334 |
| | | Osceola, IN 46561 |
| | | PRO SE |

**Miscellaneous Party**

**Artis James Sr**                    represented by  **Artis James Sr**
                                                      120 Park Avenue
                                                      Elkhart, IN 46516-3320
                                                      574-293-5697
                                                      PRO SE

---

**Miscellaneous Party**

**Thomas Mason**                      represented by  **Thomas Mason**
*TERMINATED: 01/06/1998*                              MCFP-LEXINGTON
                                                      Federal Medical Center
                                                      PO Box 14500
                                                      Lexington, KY 40512
                                                      PRO SE

                                                      **Lee F Mellinger**
                                                      Law Office of Lee F
                                                      Mellinger
                                                      216 W High Street
                                                      Elkhart, IN 46516
                                                      574-293-6525
                                                      *TERMINATED: 01/06/1998*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE*
                                                      *NOTICED*

---

**Miscellaneous Party**

**David Small**                       represented by  **David Small**
                                                      05094-027
                                                      54152 Ash Road # 334
                                                      Osceola, IN 46561
                                                      PRO SE

---

**Miscellaneous Party**

**Decameron Granger**                 represented by  **Decameron Granger**
                                                      05092-027
                                                      Metropolitan Correctional
                                                      Center
                                                      71 W Van Buren St
                                                      Chicago, IL 60605
                                                      PRO SE

---

**Miscellaneous Party**

**Sam Stanciel**                      represented by  **Sam Stanciel**
                                                      05098-027
                                                      Federal Correctional
                                                      Institution
                                                      PO Box 1731
                                                      Waseca, MN 56093
                                                      PRO SE

---

**Miscellaneous Party**

**Darrell Wilson**                    represented by  **Darrell Wilson**
                                                      47928-019
                                                      Federal Correctional
                                                      Institution
                                                      PMB 1000
                                                      Talladega, AL 35160
                                                      PRO SE

---

**Miscellaneous Party**

**Tashawdrain A Wilson**              represented by  **Tashawdrain A Wilson**
*also known as*                                       1012 Lusher Ave
Shonda                                                Elkhart, IN 46516
                                                      PRO SE

---

**Plaintiff**

**United States of America**          represented by   **William T Grimmer - AUSA**
US Attorney's Office - SB/IN
M01 Federal Building
204 S Main Street
South Bend, IN 46601-2191
574-236-8287 Ext 124
Fax: 574-236-8155
Email:
william.grimmer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/1997 | 1 | INDICTMENT by USA. Counts filed against Decameron Granger (1) count(s) 1, 2, 3, 4, 5, 6-7, 8-9, 12, 14, 17, 18, 19, 20, 23, 26, 29, Gwendolyn Holliday (2) count(s) 20, 21, 23, 26, Angela James (3) count(s) 1, 6-7, 13, 27, Artis James (4) count(s) 28, Thomas Mason (5) count(s) 1, 3, 18, David Small (6) count(s) 1, 6-7, 10, 11, 13, 15-16, 27, Sam Stanciel (7) count(s) 1, 2, 3, 4, 5, 6-7, 8-9, 12, 14, 17, 18, 19, 20, 21, 22, 24, 25, Darnell Wilson (8) count(s) 1, 11, 19, Tashawdrain A Wilson (9) count(s) 20, 25 (Court Employee) (Entered: 03/19/1997) |
| 03/07/1997 | 2 | MOTION to seal case by USA as to Decameron Granger, Gwendolyn Holliday, Angela James, Artis James Sr, Thomas Mason, David Small, Sam Stanciel, Darnell Wilson, Tashawdrain A Wilson (Court Employee) (Entered: 03/19/1997) |
| 03/07/1997 | 3 | ORDER by Judge Robert L. Miller Jr. granting motion |

| | | |
|---|---|---|
| | | to seal case [2-1] sealing case (cc: all counsel) (Court Employee) (Entered: 03/19/1997) |
| 03/07/1997 | 4 | PRAECIPE for warrant: by defendant Decameron Granger, defendant Gwendolyn Holliday, defendant Angela James, defendant Artis James Sr, defendant Thomas Mason, defendant David Small, defendant Sam Stanciel, defendant Darnell Wilson, defendant Tashawdrain A Wilson (sealed) (Entered: 03/19/1997) |
| 03/07/1997 | | ARREST Warrant issued for Decameron Granger, Gwendolyn Holliday, Angela James, Artis James Sr, Thomas Mason, David Small, Sam Stanciel, Darnell Wilson, Tashawdrain A Wilson by Judge Robert L. Miller Jr. (sealed) (Entered: 03/19/1997) |
| 03/20/1997 | 6 | ORDER OF TEMPORARY DETENTION PENDING HEARING by Mag Judge Robin D. Pierce; hearing set for 10:30AM on 3/24/97 (cc: all counsel) (lpw) (Entered: 03/20/1997) |
| 03/20/1997 | | ARREST of defendant Decameron Granger on 3/20/97 (lpw) (Entered: 03/20/1997) |
| 03/20/1997 | 7 | MINUTES: before Mag Judge Robin D. Pierce initial appearance of Decameron Granger without counsel, David Small with counsel; defts. advised of their constit. rights and possible penalties; govt. moves for pretrial detention; Detention hearing set for 10:30AM on 3/24/97 for Decameron Granger, for David Small; defts remanded to USM (lpw) (Entered: 03/21/1997) |
| 03/20/1997 | 9 | ORDER FOR TEMPORARY DETENTION by Mag Judge Robin D. Pierce; detention hearing set for 10:30AM on 3/24/97 for Decameron Granger. (cc: all counsel, USM) (lpw) (Entered: 03/21/1997) |
| 03/20/1997 | 10 | ORDER FOR TEMPORARY DETENTION by Mag Judge Robin D. Pierce; detention hearing set for 10:30AM on 3/20/97 for David Small (cc: all counsel) (lpw) (Entered: 03/21/1997) |

| 03/20/1997 | 21 | ORDER on discovery by Judge Robert L. Miller Jr. as to Angela James (cc: all counsel) (Court Employee) (Entered: 03/24/1997) |
| 03/21/1997 | 19 | ORDER FOR TEMPORARY DETENTION by Mag Judge Robin D. Pierce hearing set for 3/24/97 at 11:00AM (cc: all counsel, USM, USPO) (lpw) (Entered: 03/21/1997) |
| 03/21/1997 | 24 | ARREST Warrant returned executed as to Decameron Granger on 3/20/97 (Court Employee) (Entered: 03/24/1997) |
| 03/24/1997 | 31 | APPEARANCE for defendant Decameron Granger by Attorney Daniel T Coyne (lpw) (Entered: 03/24/1997) |
| 03/24/1997 | 32 | MINUTES: before Mag Judge Robin D. Pierce detention hearing held on 3/24/97; parties present evidence and rest; parties give closing statements; court grants govt's motions for pretrial detention of defts Granger, Stanciel, Angela James, Small; court to issue written orders of detention; defts. remanded to USM (lpw) (Entered: 03/24/1997) |
| 03/25/1997 | 36 | MINUTES: before Judge Robert L. Miller Jr. ;arraignment set for 11:00AM on 4/4/97 for Decameron Granger, for Gwendolyn Holliday, for Artis James Sr, for Thomas Mason, for David Small, for Sam Stanciel, for Tashawdrain A Wilson ;status hearing set for 11:00AM on 4/4/97 for Angela James, (cc: all counsel, USM, USPO, chambers) (lpw) (Entered: 03/25/1997) |
| 03/25/1997 | 37 | ORDER of Detention by Mag Judge Robin D. Pierce as to Decameron Granger (cc: all counsel,USPO,USM) (lpw) (Entered: 03/25/1997) |
| 04/02/1997 | | TRANSCRIPT of proceedings for the following date (s): 3/24/97 1 (Re: detention hearing for Granger, Angela James, David Small and Sam Stanciel ) (Court Employee) (Entered: 04/04/1997) |

| | | |
|---|---|---|
| 04/04/1997 | 49 | ARRAIGNMENT/STATUS HEARING held 4/4/97 before Mag Judge Robin D. Pierce; Defendant Gwendolyn Holliday motion for appointment of counsel [45-1] is GRANTED; Arraignment hearing as to defendants Decameron Granger, Artis James Sr, Thomas Mason, David Small, Sam Stanciel each defendant was advised of his constitution rights, maximum penalty as to counts that applied to each defendant and each defendant pled Not Guilty to their respective counts; status hearing set for 2:00 4/16/97 for Decameron Granger, for Angela James, for Artis James Sr, Thomas Mason, for David Small and for Sam Stanciel before Judge Robert L. Miller Jr. ; arraignment set for 2:00 4/16/97 for Gwendolyn Holliday, and for Tashawdrain A Wilson before Judge Robert L. Miller Jr.; The court deferred setting pretrial motions deadline at this time, to be set at the next hearing on 4/16/97; Counsel will be appointed for defendants Gwendolyn Holliday and Tashawdrain Wilson. Low, crt rptr (cc: AUSA, USM, USPO, Defendant(s) counsel of record, Defendants and chambers) (arl) (Entered: 04/10/1997) |
| 04/07/1997 | 52 | ORDER by Judge Robert L. Miller Jr. for discovery as to Decameron Granger, Artis James Sr, Thomas Mason, David Small, Sam Stanciel (cc: all counsel) (Court Employee) Modified on 08/22/1997 (Entered: 04/09/1997) |
| 04/16/1997 | 55 | MOTION by USA for trial date beyond that otherwise permitted by the speedy trial act as to Decameron Granger, Gwendolyn Holliday, Angela James, Artis James Sr, Thomas Mason, David Small, Sam Stanciel, Darnell Wilson, Tashawdrain A Wilson (Court Employee) (Entered: 04/17/1997) |
| 04/16/1997 | 56 | ARRAIGNMENT and Status Conference held 4/16/97 before Judge Robert L. Miller Jr.: Parties present; Arraignment hearing as to defendants Gwendolyn L. |

Holliday (2) and Tashawdrain A. Wilson (9); Maximum penalty as follows, as to defendant Holliday (2) 80yrs/$2mil plus a supervised release term and a $200 special assessment and as to defendant Tashawdrain Wilson(9) 40yrs/$1mil plus a supervised release term and a $100 special assessment; Not guilty plea as to counts 20,21,23 and 26 entered by defendant Holliday(2) and Not guilty plea as to counts 20 and 25 entered by defendant Wilson(9); The court GRANTS government's motion for trial date beyond that otherwise permitted by the speedy trial act as to all 9 defendants [55-1]; The court GRANTED defendant Angela James(3) motion for rehearing on order of detention pending trial [53-1] and the court GRANTED defendant David Small(6) motion for rehearing order of detention pending trial [54-1]: status conference held as to defendants Decameron Granger(1), Angela James(3), Artis James, Sr.(4), Thomas Mason(5), David Small(6) and Sam Stanciel (7); pretrial motions due on 5/28/97 for Decameron Granger(1), for Gwendolyn Holliday(2) , for Angela James(3), for Artis James Sr.(4), for Thomas Mason (5), for David Small(6), for Sam Stanciel(7) and for Tashawdrain A Wilson(9); jury trial (7weeks with the trials for each week being Monday through Thursday only until further notice by this court) set for 9:30 9/8/97 for Decameron Granger(1), for Gwendolyn Holliday(2), for Angela James(3), for Artis James Sr. (4), for Thomas Mason(5), for David Small(6), for Sam Stanciel(7), for Darnell Wilson(8) (when he appears) and Tashawdrain A Wilson(9) before Judge Robert L. Miller Jr. ; DETENTION REVIEW hearing set for 9:30 4/24/97 for Angela James(3) before Judge Robert L. Miller Jr.; DETENTION REVIEW hearing set for 9:30 4/25/97 for David Small(6) before Judge Robert L. Miller Jr.. Low, crt rptr. (cc: AUSA, USM, USPO, Counsel of record, Defendants and chambers) (arl) (Entered: 04/17/1997)

| 04/24/1997 | 60 | HEARING on defendant Angela James(3) motion to review Magistrate Judge Pierce dentention order before Judge Robert L. Miller Jr.: hearing held on 4/24/97; Parties present; Government rest on the record presented before Magistrate Judge Pierce on 3/24/97; Defendant presents evidence; Patricia Jean James - witness - Defendant rest; Final arguments heard; For reasons stated in open court, the court AFFIRMS Magistrate Judge Pierce detention order. Low, crt rptr. (cc: AUSA,USM,USPO,Korpal and Angela James) (arl) Modified on 08/22/1997 (Entered: 04/24/1997) |
|---|---|---|
| 04/25/1997 | 61 | HEARING on Defendant David Small (6) motion to review Magistrate Judge Pierce detention order before Judge Robert L. Miller Jr.: hearing held on 4/25/97; Parties present; The government rest on the record that was presented on 3/24/97; The government offers proffer information; Defendant does not present any further evidence; Arguments heard from both sides; For reason stated in open court, the court ADOPTS the Magistrate Judge detention order Low, crt rptr. (arl) (Entered: 04/29/1997) |
| 04/29/1997 | 64 | ORDER OF TEMPORARY DETENTION PENDING HEARING by Mag Judge Robin D. Pierce; hearing set for 2:00Pm on 5/1/97 (cc: all counsel, USM, USPO) (lpw) (Entered: 04/29/1997) |
| 05/01/1997 | 68 | MINUTES: before Mag Judge Robin D. Pierce detention hearing held on 5/1/97; PTS report reviewed; parties presents evidence and rest, parties give closing statements; court grants govt's motion for pretrial detention; court to issue written order of detention; deft. remanded to USM (lpw) (Entered: 05/01/1997) |
| 05/02/1997 | 71 | ORDER by Judge Robert L. Miller Jr. on discovery for Darnell Wilson (cc: all counsel) (Court Employee) |

|  |  | Modified on 08/22/1997 (Entered: 05/07/1997) |
|---|---|---|
| 05/05/1997 | 72 | APPEARANCE for plaintiff USA by Attorney by William Grimmer (Court Employee) Modified on 08/22/1997 (Entered: 05/05/1997) |
| 05/28/1997 | 82 | MOTION for pre-trial discovery and disclosure of evidence favorable to the defense by Decameron Granger (Court Employee) (Entered: 05/30/1997) |
| 05/28/1997 | 83 | MOTION for order requiring disclosure of circumstances surrounding statements made by defendant to non-governmental third parties by Decameron Granger (Court Employee) (Entered: 05/30/1997) |
| 05/28/1997 | 84 | MOTION for a Santiago hearing on admissibility of co-conspirators' statements or for a preferred order of proof by Decameron Granger (Court Employee) (Entered: 05/30/1997) |
| 05/28/1997 | 85 | MOTION for order to require gov't to declare intent to use specific instances to conduct evidence by Decameron Granger (Court Employee) (Entered: 05/30/1997) |
| 05/28/1997 | 86 | MOTION for disclosure of informant by Decameron Granger (Court Employee) (Entered: 05/30/1997) |
| 05/28/1997 | 87 | MOTION for disclosure of exculpatory evidence including impeaching information by Decameron Granger (Court Employee) (Entered: 05/30/1997) |
| 05/28/1997 | 88 | MOTION for a bill of particulars by Decameron Granger (Court Employee) (Entered: 05/30/1997) |
| 05/28/1997 | 89 | MOTION to extend time to file pre-trial motions by Decameron Granger (Court Employee) (Entered: 05/30/1997) |
| 05/28/1997 | 90 | MOTION for order to preserve agents' notes by Decameron Granger (Court Employee) (Entered: |

| | | 05/30/1997) |
|---|---|---|
| 05/30/1997 | 91 | MOTION to extend writ of habeas corpus ad testificandum by USA as to Decameron Granger (Court Employee) (Entered: 06/02/1997) |
| 06/03/1997 | 92 | ORDER by Judge Robert L. Miller Jr. granting motion to extend writ of habeas corpus ad testificandum [91-1] for trial on 9/8/97 until completion of testimony (cc: all counsel) (Court Employee) (Entered: 06/04/1997) |
| 07/02/1997 | 93 | RESPONSE by plaintiff USA to motion for order to preserve agents' notes [90-1], to motion to extend time to file pre-trial motions [89-1], to motion for disclosure of exculpatory evidence including impeaching information [87-1], to motion for disclosure of informant [86-1], to motion for order to require gov't to declare intent to use specific instances to conduct evidence [85-1], to motion for a Santiago hearing on admissibility of co-conspirators' statements or for a preferred order of proof [84-1], to motion for order requiring disclosure of circumstances surrounding statements made by defendant to non-governmental third parties [83-1], to motion for pre-trial discovery and disclosure of evidence favorable to the defense [82-1], to motion for a bill of particulars [81-1], to motion for disclosure of informant [80-1], to motion for production of affidavits supporting search warrant and extension of time to file pre-trial motions [79-1], to motion for a Santiago hearing on admissibility of co-conspirtors' statements or for a preferred order of proof [78-1], to motion for disclosure of exculpatory evidence, including impeaching information [77-1], to motion for pretrial discovery and disclosure of evidence favorable to the defense [76-1], to motion for order requiring disclosure of circumstances surrounding statements made by deft to non-governmental third parties [75-1] (Court Employee) (Entered: 07/02/1997) |

| 07/16/1997 | 94 | MOTION to quash 7 subpoenas duces tecum upon Elkhart Police Department by USA (Court Employee) (Entered: 07/17/1997) |
|---|---|---|
| 07/16/1997 | 95 | MEMORANDUM by plaintiff USA in support of [94-1] (Court Employee) (Entered: 07/17/1997) |
| 07/18/1997 | 96 | MEMORANDUM and Order entered by Judge Robert L. Miller Jr. granting defendant Artis James, Sr. motion for relief from improper and pdrejudicia joinder of defts [73-1] ; Deft Artis James, Sr. trial shall be conducted separately; scheduling conference set for 10:30 7/23/97 for Artis James Sr before Judge Miller to set a trial date. (SE)Miller,J. (cc: AUSA, USM, USPO, Scoeplitis, James Sr. and chambers) (sdf) (Entered: 07/18/1997) |
| 07/21/1997 | 97 | ORDER by Judge Robert L. Miller Jr. regarding [94-1] staying compliance with subpoenas until court has had opportunity to rule on gov't motion to quash; court affords deft to 8/4/97 to respond to gov't motion to quash (cc: all counsel) (Court Employee) (Entered: 07/21/1997) |
| 07/21/1997 | 99 | REPLY by defendant Decameron Granger regarding [93-1] (Court Employee) (Entered: 07/21/1997) |
| 08/04/1997 | 100 | MOTION to continue trial for 2 weeks by USA as to Decameron Granger, Gwendolyn Holliday, Angela James, Thomas Mason, David Small, Sam Stanciel, Darnell Wilson, Tashawdrain A Wilson (smp) (Entered: 08/05/1997) |
| 08/05/1997 | 103 | MINUTES: before Judge Robert L. Miller Jr. ;In-court hearing set for 1:00 8/13/97 for Decameron Granger, for Gwendolyn Holliday, for Angela James, for Artis James Sr, for Thomas Mason, for David Small, for Sam Stanciel, for Darnell Wilson, for Tashawdrain A Wilson (cc: all counsel)(Court Employee) Modified on 08/22/1997 (Entered: 08/05/1997) |

| 08/06/1997 | 105 | Pretrial Conference before Judge Robert L. Miller Jr.: pretrial conference held on 8/6/97; jury trial (3days) as to defendant Artis James, Sr. only is Reset from 9/8/97 to 10/27/97 at 9:30 a.m. before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Scopelitis, James Sr. and chambers) (arl) (Entered: 08/07/1997) |
|---|---|---|
| 08/07/1997 | 106 | Status Conference before Judge Robert L. Miller Jr.: status conference held on 8/7/97 as to defendant Decameron Granger; Parties present; Defendant informs the court that he does not object the government motion to continue the 9/8/97 jury trial date for two weeks. Low, crt rptr. (arl) Modified on 08/22/1997 (Entered: 08/11/1997) |
| 08/08/1997 | 108 | STATUS CONFERENCE held 8/8/97 before Judge Robert L. Miller Jr.: Parties present; Defendant Sam Stanciel informs the court that he does not object the government motion to continue the 9/8/97 jury trial for two weeks. Low, crt rptr. (arl) (Entered: 08/11/1997) |
| 08/11/1997 | 111 | MOTION to substitute copies of count 34 by USA as to Decameron Granger, Gwendolyn Holliday, Angela James, Artis James Sr, Thomas Mason, David Small, Sam Stanciel, Darnell Wilson, Tashawdrain A Wilson (Court Employee) Modified on 08/22/1997 (Entered: 08/12/1997) |
| 08/11/1997 | 112 | ORDER by Judge Robert L. Miller Jr. granting motion to substitute copies of count 34 [113-1] (cc: all counsel) (Court Employee) Modified on 08/22/1997 (Entered: 08/12/1997) |
| 08/13/1997 | 117 | MOTION HEARING before Judge Robert L. Miller Jr.: Parties present; The court hears from all parties in regards to government motion to continue 9/8/97 jury trial for two weeks; The defendants do not object to continuance; the court GRANTS the government motion to continue trial for 2 weeks [100-1]; Motion hearing held on 8/13/97; jury trial CONTINUED to |

| | | |
|---|---|---|
| | | 9:30 9/22/97 for Decameron Granger(1), for Gwendolyn Holliday(2), for Angela James(3) for David Small(6), for Darnell Wilson(8) and for Tashawdrain A Wilson(9) before Judge Robert L. Miller Jr.; Hearing on defendant Darnell Wilson motion to review detention order set for 8/15/97 at 9:30am. Low, crt rptr. (cc: AUSA, USM, USPO, Counsel of Record, Defendants and chambers) (arl) Modified on 08/22/1997 (Entered: 08/19/1997) |
| 08/13/1997 | 116 | MEMORANDUM and Order: by Judge Robert L. Miller Jr. denying motion to quash 7 subpoenas duces tecum upon Elkhart Police Department [94-1] (cc: all counsel) (Court Employee) (Entered: 08/20/1997) |
| 08/14/1997 | | TRANSCRIPT of proceedings for the following date (s): 5/1/97 1 (Re:Arraignment for Darnell Wilson ) (Court Employee) Modified on 09/03/1997 (Entered: 08/14/1997) |
| 08/14/1997 | | TRANSCRIPT of proceedings for the following date (s): 5/1/97 (Re:detention hearing ) (Court Employee) Modified on 09/03/1997 (Entered: 08/14/1997) |
| 08/15/1997 | 118 | DENOVO Hearing held 8/15/97 before Judge Robert L. Miller Jr. as to defendant Darnell Wilson (8): Parties present; The parties rest on the record presented before Magistrate Judge Pierce on 5/1/97; The court hears futher arguments from all parties; For the reasons stated in open court, the court DENIES defendant Darnell Wilson (8) motion reconsider order of detention and for setting of bond [106-1] and AFFIRMS the Magistrate Judge detention order. Low, crt rptr. in-court hearing held on 8/15/97 (arl) Modified on 08/22/1997 (Entered: 08/19/1997) |
| 08/22/1997 | 122 | MAIL Returned [103-2] addressed to defendant Decameron Granger marked "not here" at St Joe County Jail (Court Employee) (Entered: 08/26/1997) |
| | | |

| 08/25/1997 | 123 | MINUTES: before Judge Robert L. Miller Jr. ;change of plea hearing set for 2:00 9/5/97 for Decameron Granger (cc: all counsel) (Court Employee) (Entered: 08/27/1997) |
|---|---|---|
| 08/26/1997 | 127 | ORDER by Judge Robert L. Miller Jr. denying motion to quash 7 subpoenas duces tecum upon Elkhart Police Department [94-1], denying motion for disclosure of informant [80-1], denying motion for production of affidavits supporting search warrant and extension of time to file pre-trial motions [79-1], denying motion for a Santiago hearing on admissibility of co-conspirtors' statements or for a preferred order of proof [78-1], denying motion for disclosure of exculpatory evidence, including impeaching information [77-1], denying motion for pretrial discovery and disclosure of evidence favorable to the defense [76-1] denying motion for order requiring disclosure of circumstances surrounding statements made by deft to non-governmental third parties [75-1] (cc: all counsel) (Court Employee) (Entered: 09/02/1997) |
| 08/27/1997 | 124 | MOTION to continue trial subpoenas by USA as to Decameron Granger, Gwendolyn Holliday, Angela James, Artis James Sr, Thomas Mason, David Small, Sam Stanciel, Darnell Wilson, Tashawdrain A Wilson (Court Employee) (Entered: 08/28/1997) |
| 08/27/1997 | 125 | ORDER by Judge Robert L. Miller Jr. granting motion to continue trial subpoenas [124-1] (cc: all counsel) (Court Employee) (Entered: 08/28/1997) |
| 08/29/1997 | 126 | MOTION for transport order by USA as to Decameron Granger (slm) (Entered: 08/29/1997) |
| 08/30/1997 | 129 | ORDER by Judge Robert L. Miller Jr. granting motion for transport order [126-1] by USM for dft Decameron Granger to attend memorial service for his son on 9/3/97. (cc: all counsel) (Court Employee) (Entered: |

| | | 09/02/1997) |
|---|---|---|
| 09/05/1997 | 133 | Petition to enter a Change of Plea by defendant Decameron Granger(1) on counts 1 and 27 (arl) (Entered: 09/05/1997) |
| 09/05/1997 | 135 | CHANGE OF PLEA HEARING before Judge Robert L. Miller Jr.: Defendant Decameron Granger following motions are now moot due to his guilty plea of 9/5/97: motion for order to preserve agents' notes [90-1], motion to extend time to file pre-trial motions [89-1], motion for a bill of particulars [88-1] , motion for disclosure of exculpatory evidence including impeaching information, motion for disclosure of informant [86-1], motion for order to require to declare intent to use specific instances to conduct evidence [85-1], motion for a Santiago hearing on admissibility of co-conspirators' statements or for a preferred order of proof [84-1], motion for order requiring disclosure of circumstances surrounding statements made by defendant to third parties [83-1], and motion for pre-trial discovery and disclosure of evidence favorable to the defense [82-1] change of plea hearing held on 9/5/97; Parties present; Maximum penalty 10yrs to life/$4.5 million plus a supervised release term and a $200 special assessment; guilty plea entered as to count(s) 1 and 23 ; sentencing hearing set for 1:00 12/2/97 for Decameron Granger before Judge Robert L. Miller Jr.; jury trial date of 9/22/97 is hereby VACATED as to defendant Decameron Granger(1) Low, crt rptr. (cc: AUSA, USM, USPO, Coyne, Granger and chambers) (arl) (Entered: 09/05/1997) |
| 09/09/1997 | 137 | MOTION for status hearing by USA as to Gwendolyn Holliday, Angela James, Artis James Sr, Tashawdrain A Wilson (slm) (Entered: 09/10/1997) |
| 09/10/1997 | 140 | ORDER by Judge Robert L. Miller Jr. ; status hearing set for 11:30 9/12/97 for Gwendolyn Holliday, for |

| | | Angela James, for Tashawdrain A Wilson (cc: all counsel) (Court Employee) Modified on 09/12/1997 (Entered: 09/10/1997) |
|---|---|---|
| 09/10/1997 | 141 | MOTION to extend deadline to file prosecution versions by USA as to Decameron Granger, Thomas Mason, David Small, Darnell Wilson (Court Employee) (Entered: 09/10/1997) |
| 09/11/1997 | 142 | ORDER by Judge Robert L. Miller Jr. granting motion to extend deadline to file prosecution versions [141-1] (cc: all counsel) (Court Employee) (Entered: 09/12/1997) |
| 09/12/1997 | 144 | Settlement Agreement by USA and defendant Angela James(3) (arl) (Entered: 09/12/1997) |
| 09/12/1997 | 148 | MOTION HEARING held 9/12/97 as to defendant Gwendolyn Holliday(2) before Judge Robert L. Miller Jr.: Parties present; Defendant moves for continuance of 9/22/97 jury trial date - Government does not object and defendant informs the court that she does not object to continuance of trial and the court GRANTS defendant motion to continue the 9/22/97 trial date; jury trial (3days) set for 9:30 12/15/97 for Gwendolyn Holliday(2) before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Thomas, Holliday and chambers) (arl) (Entered: 09/12/1997) |
| 09/19/1997 | 153 | ORDER by Judge Robert L. Miller Jr. granting motion to extend trial subpoenas of all witnesses through and including the trial scheduled for 10/27/97 and schedulef for 12/15/97 [152-1] (cc: all counsel) (slm) (Entered: 09/19/1997) |
| 09/25/1997 | 154 | MOTION for writ of habeas corpus ad testificandum as to Felicia D ware #931562 by USA (slm) (Entered: 09/25/1997) |
| 09/26/1997 | 155 | WRIT of Habeas Corpus Ad Testificandum issued by Judge Robert L. Miller Jr. granting motion for writ of |

| | | habeas corpus ad testificandum [154-1] as to Felicia D Ware #931562(cc: USM) (slm) (Entered: 09/26/1997) |
|---|---|---|
| 10/06/1997 | 157 | NOTICE of change of address for Tashawdrain Wilson (smp) (Entered: 10/07/1997) |
| 10/08/1997 | 158 | COURT'S PROPOSED FINAL JURY Instructions as to defendant Artis James (slm) (Entered: 10/08/1997) |
| 10/16/1997 | 160 | ORDER by Judge Robert L. Miller Jr. granting motion for protective order to prevent copying of material or disbursement of material by defense counsel [159-1] (cc: all counsel) (slm) (Entered: 10/16/1997) |
| 10/20/1997 | 161 | NOTICE of proposed 404(b) Evidence by plaintiff USA (smp) (Entered: 10/21/1997) |
| 10/22/1997 | 163 | ORDER by Judge Robert L. Miller Jr. granting motion for disclosure of Tax Return Information [162-1] (cc: all counsel) (slm) (Entered: 10/22/1997) |
| 10/23/1997 | 166 | WITNESS list by plaintiff USA (slm) (Entered: 10/23/1997) |
| 10/23/1997 | 167 | PROPOSED Voir Dire by plaintiff USA (slm) (Entered: 10/23/1997) |
| 10/23/1997 | 168 | EXHIBIT list by plaintiff USA (slm) (Entered: 10/23/1997) |
| 10/24/1997 | 171 | JURY Instructions/List by plaintiff USA (slm) (Entered: 10/24/1997) |
| 10/24/1997 | 173 | RESPONSE by plaintiff USA regarding [170-2] (slm) (Entered: 10/24/1997) |
| 10/27/1997 | 175 | COURT'S PROPOSED Voir Dire as to dft James (arl) (Entered: 10/27/1997) |
| 10/28/1997 | 178 | JURY TRIAL 2nd day as to defendant Artis James (4) before Judge Robert L. Miller Jr.: Parties present; Government moves for a 1 day continuance - defendant does not object; Trial continued to 10/29/97 |

| | | at 9:30am. Low, crt rptr. (arl) (Entered: 10/28/1997) |
|---|---|---|
| 10/29/1997 | 180 | JURY TRIAL 3rd day held 10/29/97 as to defendant Artis James (4) before Judge Robert L. Miller Jr.: Parties present; Jury panel present; Government continues with evidence; James Heying, Sam Stanciel, Darnell Wilson, Cedrick Ware, Paula Henderson and Barry Snyder - witnesses; Government rest; Defendant moves for judgment of acquittal at conclusion of government case in chief - Arguments heard - for reasons stated in open court, the court DENIED the motion; Trial continued to 10/31/97 at 9:30am. Low, crt rptr. (arl) (Entered: 10/29/1997) |
| 10/31/1997 | 183 | Court's Proposed Final Instructions to Jury (arl) (Entered: 11/04/1997) |
| 10/31/1997 | 184 | Final Instructions to JURY submitted by the court (arl) (Entered: 11/04/1997) |
| 10/31/1997 | | EXHIBIT list by USA and defendant Artis James, Sr. (4) (exhibits of USA [only] located in exhibit vault) (arl) (Entered: 11/04/1997) |
| 11/03/1997 | 185 | The crt now DENIES deft Artis James, Sr.(4) mot made at the conclusion of all the evidence, for jmt of accquittal. (SE) Judge Robert L. Miller Jr. (cc: all counsel) (arl) (Entered: 11/04/1997) |
| 11/04/1997 | 186 | STATUS CONFERENCE before Judge Robert L. Miller Jr.: status conference held on 11/4/97; Parties present via telephone; sentencing hearing set for 9:00 2/4/98 for Sam Stanciel before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Kull, Stanciel and chambers) (arl) (Entered: 11/04/1997) |
| 11/04/1997 | 187 | STATUS CONFERENCE before Judge Robert L. Miller Jr.: status conference held on 11/4/97; sentencing hearing set for 9:00 1/13/98 Darnell Wilson (8) before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Rubin, Wilson(8) and |

| | | chambers) (arl) (Entered: 11/04/1997) |
|---|---|---|
| 11/12/1997 | 190 | ORDER by Judge Robert L. Miller Jr. ; GOVT is givent until 11/14/97 at 5:00 to respond to dft's objections in the PSI GRANTING govts motion to continue sentencing now scheduled for 11/25/97 [188-1] ;sentencing reset for 9:30 12/22/97 for David Small (cc: all counsel, USM, USPO) (slm) (Entered: 11/13/1997) |
| 11/20/1997 | 194 | ORDER by Judge Robert L. Miller Jr. granting govt's motion for leave to file objections and responses to presentence report instanter [193-1] (cc: all counsel) (slm) (Entered: 11/21/1997) |
| 11/20/1997 | 195 | STATUS CONFERENCE before Judge Robert L. Miller Jr.: status conference held on 11/20/97; sentencing hearing set for 9:00 12/17/97 for Angela James(3) before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Korpal, James and chambers) (arl) (Entered: 11/21/1997) |
| 11/21/1997 | 196 | AFFIDAVIT of service of Norma Hennesey by USA regarding [193-1] (slm) (Entered: 11/21/1997) |
| 11/25/1997 | 198 | MOTION to continue sentencing hearing now scheduled for 12/2/97 by Decameron Granger (slm) (Entered: 11/25/1997) |
| 11/26/1997 | 199 | NOTICE by Judge Robert L. Miller Jr.: sentencing hearing reset from 12/2/97 to 1:00 pm on 2/11/98 for Decameron Granger (cc: all counsel) (mjk) (Entered: 11/26/1997) |
| 11/26/1997 | 200 | COURT'S proposed final instructions to jury (mjk) (Entered: 11/26/1997) |
| 12/03/1997 | 204 | ORDER by Judge Robert L. Miller Jr. granting motion to extend time to/include 4:00 p.m. 12/5/97 to file response for motion for judgement of acquittal and/or new trial [201-1] (cc: all counsel) (slm) (Entered: |

| | | 12/03/1997) |
|---|---|---|
| 12/05/1997 | 208 | RESPONSE by plaintiff USA regarding [189-1] (slm) (Entered: 12/05/1997) |
| 12/05/1997 | 209 | MAIL Returned [199-1] addressed to defendant Decameron Granger (Resent 12/8/97) (slm) Modified on 12/08/1997 (Entered: 12/08/1997) |
| 12/17/1997 | 213 | ORDER by Judge Robert L. Miller Jr. granting motion for protective order as to summaries and any other discovery materials for sentencing shall not be copied; further ordered that no copies shall be provied to the defendant; [211-1] (cc: all counsel) (slm) (Entered: 12/17/1997) |
| 12/18/1997 | | TRANSCRIPT of Sentencing Hearing; Daniel H Kois 10/18/96; # of Volumes: 1 (slm) (Entered: 12/18/1997) |
| 12/22/1997 | 215 | SENTENCING Hearing held as to defendant David Small (6) before Judge Robert L. Miller Jr.: sentencing held on 12/22/97; Parties present; No objections to presentence report; Guilty plea ACCEPTED; No objections to proposed sentence. Low, crt rptr. (arl) (Entered: 12/23/1997) |
| 01/06/1998 | 219 | SENTENCING HEARING held as to defendant Thomas Mason (05) before Judge Robert L. Miller Jr.; Parties present; No objections to presentence report; The court hears arguments on the government motion for downward departure of sentencing guidelines; government motion for downward departure by two levels as to Thomas Mason [214-1] is GRANTED; The court hears from all parties prior to sentence; No objections to proposed sentence; Defendant conditions of release to remain the same; sentencing hearing held on 1/6/98 Low, crt ptr. (arl) (Entered: 01/06/1998) |
| 01/14/1998 | 227 | SENTENCING Hearing as to defendant Darnell Wilson (8) before Judge Robert L. Miller Jr.: Parties present; Defendant moves to adjourn sentencing |

| | | |
|---|---|---|
| | | hearing; The court hears from defendant's brother and mother; The court GRANTS defendant Darnell Wilson (8) motion to adjourn sentencing hearing [226-1] ; sentencing hearing set for 1:30 2/12/98 for Darnell Wilson(8) before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Rubin, Wilson and chambers) (arl) (Entered: 01/15/1998) |
| 01/15/1998 | 228 | SENTENCING HEARING as to defendant Artis James(4) before Judge Robert L. Miller Jr.: sentencing hearing held on 1/15/98; Parties present; Objections to presentence report by defendant; Defendant's motion for judgment of acquittal after verdict of guilty or alternatively for new trial 189 is DENIED; Arguments heard on defendant's objections to presentence report; The court hears from all parties prior to sentence; Defendant advised of appeal rights. Low, crt rptr. (arl) (Entered: 01/15/1998) |
| 01/21/1998 | 234 | ORDER by Judge Robert L. Miller Jr. granting motion to continue sentencing now set for 2/4/98 [233-1] reset for 1:30 3/12/98 for Sam Stanciel (cc: all counsel) (slm) (Entered: 01/22/1998) |
| 01/23/1998 | 235 | SENTENCING HEARING before Judge Robert L. Miller Jr.: Parties present; Defendant moves for continuance of sentencing hearing; Government does not object to motion; Motion GRANTED; sentencing hearing continued to 1:30 2/12/98 for Angela James (03) before Judge Robert L. Miller Jr.; Defendant to file objections to presentence report, if any on or before 2/2/98. Low, crt rptr. (cc: AUSA, USM, USPO, Korpal, Angela James and chambers) (arl) (Entered: 01/26/1998) |
| 01/28/1998 | 237 | MOTION to continue sentencing hearing now set for 2/11/98 by USA as to Decameron Granger (slm) (Entered: 01/28/1998) |
| 01/28/1998 | 238 | ORDER by Judge Robert L. Miller Jr. granting motion |

| | | |
|---|---|---|
| | | to continue sentencing hearing now set for 2/11/98 [237-1] ; sentencing set for 1:30 3/13/98 for Decameron Granger all counsel) (slm) (Entered: 01/29/1998) |
| 01/30/1998 | 240 | RESPONSE by plaintiff USA regarding [229-1] (slm) (Entered: 01/30/1998) |
| 02/02/1998 | 242 | ORDER by Judge Robert L. Miller Jr. approving settlement agreement [241-1] (cc: all counsel) (slm) (Entered: 02/02/1998) |
| 02/02/1998 | 243 | SENTENCING hearing as to defendant Angela James (03) before Judge Robert L. Miller Jr.: sentencing hearing held on 2/2/98; Parties present; No objection to presentence report; The court hears arguments on the defendant's oral motion for a downward departure of sentencing guidelines; Motion is DENIED for reasons stated in open court; The court hears from all parties prior to sentence; No objections to proposed sentence; Low, crt rptr. (arl) (Entered: 02/02/1998) |
| 02/04/1998 | 248 | ORDER by Judge Robert L. Miller Jr. regarding [247-1] ; hearing on motion to continue sentencing set for 1:30 2/5/98 for Darnell Wilson (cc: all counsel) (slm) (Entered: 02/04/1998) |
| 02/04/1998 | 249 | RESPONSE by plaintiff USA to motion to continue sentencing hearing now set for 2/12/98 [247-1] (slm) (Entered: 02/04/1998) |
| 02/05/1998 | 252 | MOTION Hearing held 2/5/98 as to defendant Darnell Willson (08) before Judge Robert L. Miller Jr.: Parties present; Hearing on defendant motion to continue sentencing hearing; The court hears arguments; The court GRANTED defendant's motion to continue sentencing hearing now set for 2/12/98 [247-1]: Evidentiary hearing on sentencing issues set for 1:30 2/12/98 for Darnell Wilson (08) before Judge Robert L. Miller Jr.; sentencing hearing set for 9:00 3/25/98 |

| | | for Darnell Wilson (08) before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Rubin, Wilson (08) and chambers) (arl) (Entered: 02/06/1998) |
|---|---|---|
| 02/10/1998 | 253 | Telephonic Status held 2-10-98 before Judge Robert L. Miller Jr., with Counsel for government, for defendant Darnell Wilson (08) and probation officer (arl) (Entered: 02/11/1998) |
| 02/11/1998 | 254 | RECEIPT for release of exhibits - case completed (slm) (Entered: 02/12/1998) |
| 02/12/1998 | 256 | EVIDENTIARY SENTENCING HEARING 1st day held before Judge Robert L. Miller Jr.: hearing held on 2/12/98; Parties present; Government presents evidence; Sam Stanciel, Cedric Ware and Douglas Schultz - witnesses; Government rest; Both sides rest; Final arguments heard on the drug quantity issue; Matter taken under advisement. Low, crt rptr. (arl) (Entered: 02/17/1998) |
| 02/12/1998 | | EXHIBIT list by USA (exhibits located with file) (arl) (Entered: 02/17/1998) |
| 02/13/1998 | 255 | NOTICE TO COURT by plaintiff USA regarding Gwendolyn Holliday (02) (slm) (Entered: 02/13/1998) |
| 02/17/1998 | 257 | EXHIBIT list by plaintiff USA (slm) (Entered: 02/18/1998) |
| 02/17/1998 | 259 | SENTENCING/EVIDENTIARY HEARING HEARING as to defendant Tashawdrain Wilson (09) before Judge Robert L. Miller Jr.: sentencing held on 2/17/98; Parties present; Defendant presents evidence on reduction of role offense; Tashawdrain Wilson Teresa Hutchinson and Loretta Barnes witnesses; Defendant rest; Government does not present evidence; Final arguments heard; The court continues the sentencing hearing to 1:00(South Bend Time) 2/25/98 for Tashawdrain A Wilson (09) before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, |

|  |  | USPO, Pagos, Wilson and chambers) (arl) (Entered: 02/18/1998) |
|---|---|---|
| 02/17/1998 | 260 | Findings on Relevant Conduct as to defendant Darnell Wilson (08) entered Judge Robert L. Miller Jr. (cc: AUSA, USM, USPO, Rubin and Wilson) (arl) (Entered: 02/18/1998) |
| 02/18/1998 | 261 | SENTENCING HEARING as to defendant Gwendolyn L. Holliday held before Judge Robert L. Miller Jr.: sentencing held on 2/18/98; Parties present; Objections to presentence report by defendant; The court hears arguments on objections; The court hears from all parties prior to sentence; Defendant informed of proposed sentence; The court accepts guilty plea. Low, crt rptr. (arl) (Entered: 02/18/1998) |
| 02/18/1998 | 263 | ORDER by Judge Robert L. Miller Jr.; letter to Charles C Wicks, Deputy Prosecuting Attorney under 8/25/97 is received as govt No. 10 for purposes of evidentiary hearing on the issue of quantity of drugs to be considered in the dft's offense of conviction as to Darnell WIlson (cc: all counsel) (slm) (Entered: 02/19/1998) |
| 02/25/1998 | 267 | SENTENCING HEARING as to defendant Tashawdrain Wilson (09) before Judge Robert L. Miller Jr.: sentencing hearing held on 2/25/98; Parties present; Government objects to proposed sentence and the court make's note of objection; Guilty Plea accepted. Low, crt rptr. (arl) (Entered: 02/25/1998) |
| 03/06/1998 | 272 | ORDER by Judge Robert L. Miller Jr. granting motion to continue sentencing set for 3/12/98 [271-1] ;sentencing rescheduled for 1:00 5/14/98 for Sam Stanciel (cc: all counsel) (slm) (Entered: 03/06/1998) |
| 03/13/1998 | 273 | NOTICE: before Judge Robert L. Miller Jr. ;sentencing hearing RESET from 3/13/98 to 6/1/98 at 1:00 PM (EST) for Decameron Granger (cc: all |

| | | counsel) (smp) (Entered: 03/16/1998) |
|---|---|---|
| 03/25/1998 | 275 | ORDER by Judge Robert L. Miller Jr. sealing revised motion [274-1] (cc: all counsel) (mjk) (Entered: 03/25/1998) |
| 03/25/1998 | 276 | Sentencing Hearing held 3/25/98 before Judge Robert L. Miller Jr.: Parties present; Defendant moves for continuance of hearing, with reasons stated in open court; Government does not object to a brief continuance; Motion GRANTED; sentencing hearing continued to 2:00 3/27/98 for Darnell Wilson(08) before Judge Robert L. Miller Jr. Low, crt rptr. (cc: AUSA, USM, USPO, Rubin and Wilson) (arl) (Entered: 03/26/1998) |
| 03/27/1998 | 277 | SENTENCING HEARING as to defendant Darnell Wilson (08) before Judge Robert L. Miller Jr.: Parties present; Further arguments heard on government for downward departure of sentencing guidelines; For reasons stated in open court the court grants the government following motions (1) motion for downward departure pursuant to 5K1.1 as to Darnell Wilson [274-1], (2) motion for downward departure as to Darnell Wilson [225-1], and (3) motion pursuant to 18 USC 3553(e) [225-2] sentencing hearing held on 3/27/98; The court hears from all parties prior to sentence; No further objections to sentence. Low, crt rptr. (arl) (Entered: 03/27/1998) |
| 03/27/1998 | | EXHIBIT list by USA (exhibits located with file) (arl) (Entered: 04/01/1998) |
| 04/13/1998 | 284 | ORDER by Judge Robert L. Miller Jr. granting motion to extend time to file response to motion for reconsideration to/include 4/24/98 at 12:00 noon and dft is to report to Burea of Prisons as advised by USM on include 5/14/98 9:00 [283-1] (cc: all counsel) (slm) (Entered: 04/13/1998) |
| | | |

| 04/13/1998 | 285 | ORDER by Judge Robert L. Miller Jr. granting motion to move up sentencing date from 5/14/98 to an earlier date [282-1] sentencing reset for 9:30 5/7/98 for Sam Stanciel (cc: all counsel) (slm) (Entered: 04/13/1998) |
| --- | --- | --- |
| 04/13/1998 | 286 | LETTER from Jeanette Fox (non-party) regarding child of Gwendolyn Holliday (slm) Modified on 04/13/1998 (Entered: 04/13/1998) |
| 04/24/1998 | 287 | RESPONSE by plaintiff USA to motion for reconsideration of reduction in offense level pursuant to USSG Section 5(H)1.6 [281-1] (slm) (Entered: 04/24/1998) |
| 05/06/1998 | 290 | ORDER by Judge Robert L. Miller Jr. as to defendant Sam Stanciel (07): This stipulation and order will make it unnecessary for the court to consider an upward departure. (SE)Miller,J. (cc: all counsel) (arl) (Entered: 05/07/1998) |
| 05/06/1998 | 292 | NOTICE by plaintiff USA to court regarding sentencing (Court Employee) (Entered: 05/07/1998) |
| 05/07/1998 | 294 | ORDER by Judge Robert L. Miller Jr.: Preliminary Order of Forfeiture entered by the court as to defendant Sam Stanciel (07) [293-1]; Upon adjudication of all third party interest this court will enter a final order of forfeiture pursuant to the provisions of 21 U.S.C. Section 853(n) in which all interest will be addressed. (SE)Miller,J. (cc: AUSA, USM, USPO, Kull, Stancial and order book) (cc: all counsel) (arl) (Entered: 05/07/1998) |
| 05/07/1998 | 295 | SENTENCING HEARING as to defendant Sam Stanciel (07) before Judge Robert L. Miller Jr.; Parties present; The court hears arguments on the government motion for a downward departure of sentencing guidlines; The court GRANTS the government motion for downward departure [289-1] and departs by 3 levels; The court hears from all parties prior to |

| | | |
|---|---|---|
| | | sentence; The defendant does not object to proposed sentence; sentencing hearing held 5/7/98 Low, crt rptr. (arl) (Entered: 05/07/1998) |
| 05/07/1998 | 299 | ORDER by Judge Robert L. Miller Jr. denying motion for reconsideration of reduction in offense level pursuant to USSG Section 5(H)1.6 [281-1]; defendant is ordered to surrender herself at designated facility of Bureau of Prisons no later than 9:00 am, 5/14/98 (cc: all counsel) (mjk) (Entered: 05/08/1998) |
| 05/11/1998 | | RECEIPT for release of exhibits with attached exhibit list (slm) (Entered: 05/11/1998) |
| 05/29/1998 | 301 | MOTION to continue sentencing now set for 6/1/98 by USA as to Decameron Granger (slm) (Entered: 05/29/1998) |
| 05/29/1998 | 302 | ORDER by Judge Robert L. Miller Jr. granting motion to continue sentencing now set for 6/1/98 [301-1] ; sentencing reset for 9:30 6/13/98 for Decameron Granger (cc: all counsel) (slm) (Entered: 06/01/1998) |
| 06/30/1998 | 304 | MOTION pursuant to 5K1.1 by USA as to Decameron Granger (Court Employee) (Entered: 07/02/1998) |
| 07/10/1998 | 305 | SENTENCING HEARING held as to defendant Decameron Granger(01) before Judge Robert L. Miller Jr.: Parties present; No objections to presentence report; The court hears arguments on the government's motion for a 5k1.1 downward departure of guidelines; For reasons stated in open court the court GRANTS the motion pursuant to 5K1.1 [304-1]; Guilty plea accepted; No objections to proposed sentence; sentencing hearing held on 7/10/98 Low, crt rptr. (arl) (Entered: 07/13/1998) |
| 07/10/1998 | 306 | SENTENCING memorandum entered by Judge Robert L. Miller Jr. as to Decameron Granger(01) (cc: AUSA, USM, USPO, Coyne, Granger and order book) (arl) (Entered: 07/13/1998) |

| 07/10/1998 | 307 | ORDER by Judge Robert L. Miller Jr.: dismissing counts as to Decameron Granger (1); count(s) 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,31,32,33 and 34 dismissed on government motion (cc: AUSA, USM, USPO, Coyne, Granger and order book) (arl) (Entered: 07/13/1998) |
| 07/10/1998 | 308 | JUDGMENT and Commitment issued as to Decameron Granger(01): sentencing Decameron Granger (1) count(s) 1 and 23; Defendant sentence to a term of imprisonment of 151 months on each of counts 1 and 23 to be served concurrently, to be followed by a 5yr supervised release term on count 1 and a 3yr supervised release term count 23 to be served concurrently to each other, with conditions; Defendant to pay a $200 special assessment due immediately and made payable to Clerk, U.S. District; Defendant remanded to custody of USM/SB; Counts, 2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,31,32,33 and 34 dismissed on government motion. (SE) Judge Robert L. Miller Jr. (cc: AUSA, USM, USPO, Coyne, Granger and order book) (arl) (Entered: 07/13/1998) |
| 07/10/1998 | | PRESENTENCE Report, with Addendum and Sent Rec on Decameron Granger (original sealed). (arl) (Entered: 07/13/1998) |
| 07/13/1998 | 309 | ORDER by Judge Robert L. Miller Jr. dismissing Count 20 of the indictment against defendant Granger [307-3] (cc: all counsel) (smp) (Entered: 07/14/1998) |
| 08/26/1998 | | TRANSCRIPT of proceedings for the following date (s): 8/12/97 & 1/6/98 1 (Re: guilty plea and sentencing proceedings ) (Court Employee) (Entered: 08/27/1998) |
| 01/08/1999 | | FILING FEE PAID for pro hac vice: on 1/8/99 in the amount of $ 30.00, receipt # 3132572. (Court Employee) (Entered: 01/11/1999) |
| 01/13/1999 | 314 | ORDER by Judge Robert L. Miller Jr. ; response ddl |

| | | |
|---|---|---|
| | | set for 2/12/99 for USA (cc: all counsel) (Court Employee) (Entered: 01/14/1999) |
| 01/13/1999 | 315 | ORDER by Judge Robert L. Miller Jr. finding the motion for leave to file 2255 motion instanter [311-1] denied as moot. (cc: all counsel) (Court Employee) (Entered: 01/14/1999) |
| 01/13/1999 | 316 | ORDER by Judge Robert L. Miller Jr. granting motion for appearance pro hac vice of attorney Scott Bratton and waiver of local counsel designation [313-1] (cc: all counsel) (Court Employee) (Entered: 01/14/1999) |
| 02/05/1999 | 318 | Final ORDER of Forgeiture by Judge Robert L. Miller Jr. granting motion for issuance of final order of forfeiture [317-1] (cc: all counsel) (Court Employee) (Entered: 02/05/1999) |
| 02/17/1999 | 320 | ORDER by Judge Robert L. Miller Jr. granting motion to extend time to file response to petitioners request under 28 USC 2255 to/including 4/1/99 [319-1] (cc: all counsel) (Court Employee) (Entered: 02/17/1999) |
| 03/29/1999 | 323 | ORDER by Judge Robert L. Miller Jr. granting motion to extend time to file response to petitioners 2255 request to/including 4/1/99 [322-1] (cc: all counsel) (Court Employee) (Entered: 03/29/1999) |
| 04/08/1999 | 325 | RESPONSE by plaintiff to motion [312-1] (Court Employee) (Entered: 04/09/1999) |
| 05/04/1999 | 328 | MEMORANDUM and Order: by Judge Robert L. Miller Jr. denying motion pursuant to 28:2255 as there are no grounds [312-1] (cc: all counsel) (Court Employee) (Entered: 05/06/1999) |
| 06/02/1999 | 334 | LETTER from clerk to appellant counsel Bratton advising filing of docketing statement with USCA (Court Employee) (Entered: 06/02/1999) |
| 06/02/1999 | 335 | Short record sent to USCA; Notice of appeal, Information Sheet, copy of 5/4/99 order & 5/6/99 |

| | | Judgment; copy of docket sheets for 3:99cv6 & 3:97cr7 (Court Employee) (Entered: 06/02/1999) |
|---|---|---|
| 06/07/1999 | 336 | CERTIFICATE OF APPEALABILITY by Judge Robert L. Miller Jr. granted, In Forma Pauperis petition granted (cc: all counsel) (Court Employee) (Entered: 06/08/1999) |
| 06/08/1999 | | REMARK copy of docket sent with 6/7/99 order #336 to USCA (Court Employee) (Entered: 06/08/1999) |
| 06/08/1999 | 341 | Short record sent to USCA: Notice of Appeal, Information Sheet, copy of order dated 5/14/99; Copy of Judgment dated 5/18/99; copy of docket sheet (Court Employee) Modified on 06/08/1999 (Entered: 06/08/1999) |
| 06/08/1999 | 340 | LETTER from clerks office re docketing statement requirement to Sam Stanciel (Court Employee) (Entered: 06/08/1999) |
| 06/16/1999 | 342 | ORDER by Judge Robert L. Miller Jr. denying motion for certificate of appealability [339-1], [338-1] denying motion leave to appeal IFP, denying motion to appeal in forma pauperis [333-1] (cc: all counsel) (Court Employee) Modified on 06/17/1999 (Entered: 06/17/1999) |
| 06/17/1999 | 343 | APPEAL record sent to Circuit Court: Criminal-5 volumes pleadings, 5 volumes transcripts, 1 envelope exhibits A,B,C,D; Civil: 1 Volume Pleadings (Court Employee) Modified on 06/17/1999 (Entered: 06/17/1999) |
| 06/23/1999 | 344 | NOTIFICATION by Circuit Court of Appellate Docket Number regarding [337-1] ( 99-2536) (Stanciel appeal) (mjk) (Entered: 06/25/1999) |
| 07/06/1999 | 347 | APPEAL Transcript Designation and Order form for the dates of 8/12/97 and 1/16/98 regarding [332-1] (smp) (Entered: 07/07/1999) |
| | | |

| | | |
|---|---|---|
| 10/28/1999 | | REQUEST from USCA for transmittal of record regarding Thomas Mason, appeal #99-2463 (entire appeal record was sent to USCA on 6/17/99 in conjunction with appeal #99-2536 for defendant Sam Stanciel) (mjk) (Entered: 10/29/1999) |
| 01/04/2000 | 348 | RETURN OF EXHIBITS to counsel (mjk) (Entered: 01/06/2000) |
| 02/03/2000 | 349 | ORDER by Judge Robert L. Miller Jr. unsealing PSI reports and returning same to USPO (lpw) (Entered: 02/03/2000) |
| 11/07/2000 | | PRESENTENCE Report of Decameron Granger destroyed (court's copy) (arl) (Entered: 11/07/2000) |
| 03/16/2001 | 354 | ORDER by Judge Robert L. Miller Jr treating letter received from Angela James with address change notice [353-1] as a motion to modify sentence and denying the motion. Number of pages: 1 (cc: all counsel) (mjk) (Entered: 03/19/2001) |
| 10/31/2001 | 356 | RESPONSE by plaintiff USA to motion for leave of the Court to Waiver Interest by the Petitioner [355-1] (jld) (Entered: 10/31/2001) |
| 06/09/2003 | 362 | RESPONSE by plaintiff USA to motion to recall judgment [280-4] [361-1] (sdf) (Entered: 06/09/2003) |
| 07/08/2003 | 364 | MEMORANDUM and Order: by Chief Judge Robert L. Miller Jr denying motion to alter judgment [280-4] [361-1] (cc: all counsel) (jjj) (Entered: 07/08/2003) |
| 07/29/2003 | 369 | MAIL Returned [364-1] addressed to defendant Decameron Granger - addressee unknown (jjj) (Entered: 07/29/2003) |
| 08/19/2003 | 370 | MEMORANDUM and Order: by Chief Judge Robert L. Miller Jr denying motion for reconsideration as to Order 7/8/03 of denial of petition [368-1] regarding Darnell Wilson (cc: all counsel) (jjj) (Entered: 08/20/2003) |

| 09/02/2003 | 376 | MAIL Returned Memorandum and Order [370-1] addressed to defendant Decameron Granger - Forwarding Time Expired (jjj) (Entered: 09/04/2003) |
| 09/03/2003 | 375 | Short record sent to USCA consisting of Notice of Appeal, Motion for Certificate of Appealability, Certificate of Service, Copy of 8/18/03 Memorandum and Order, and Certified Copy of Docket Sheet (jjj) (Entered: 09/03/2003) |
| 09/11/2003 | 380 | MAIL Returned [372-1] addressed to defendant Decameron Granger - Inmate/Staff departed MCC (jjj) (Entered: 09/11/2003) |
| 09/16/2003 | 381 | MEMORANDUM and Order: by Chief Judge Robert L. Miller Jr denying motion for certificate of appealability [373-1] (cc: all counsel) (jjj) (Entered: 09/16/2003) |
| 09/17/2003 | 382 | APPEAL record sent to Circuit Court (jjj) (Entered: 09/17/2003) |
| 09/29/2003 | 386 | RECEIPT of record transmittal letter from USCA - Spoke with Clerk John who verified receipt of 6 Volumes of Pleadings, 5 Volumes of Transcripts and Loose Pleadings (jjj) (Entered: 09/29/2003) |
| 10/06/2003 | 388 | NOTIFICATION by Circuit Court of Appellate Docket Number regarding [372-1] ( 03-3581) (jjj) (Entered: 10/07/2003) |
| 03/12/2008 | 425 | TRANSFER OF JURISDICTION as to Decameron Granger to the Northern District of Illinois (Chicago). Signed by Judge Robert L Miller Jr on 3/12/08. (ksc) (Entered: 03/13/2008) |
| 03/13/2008 | 426 | Letter to Clerk, Northern District of Illinois (Chicago) re: 425 Transfer of Jurisdiction. (ksc) (Entered: 03/13/2008) |
| 03/31/2008 | 442 | Jurisdiction Transferred to Northern District of Illinois (Chicago) as to Decameron Granger. Transmitted |

| | | Transfer of Jurisdiction form, with certified copies of judgment and docket sheet. (ksc) (Entered: 03/31/2008) |

A TRUE COPY ATTEST:
DATE: 3/21/08
K. Cotter
Clerk, U.S. District Court
Northern District of Indiana

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:97CR7RM |
| | ) | |
| DECAMERON GRANGER (01) | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Northern District of Indiana hereby dismisses Count(s) 2, 3, 4, 5,6, 7, 8, 9, 12, 14, 17, 18, 19, 26, 29, 30, 31, 32, 33 and 34 of the indictment against **Decameron Granger,** defendant.

Jon E. DeGuilio
United States Attorney

By: _William T. Grimmer_
William T. Grimmer
Assistant, United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: _May 10, 1998_____, 1998.

_____
United States District Judge

A TRUE COPY ATTEST:
DATE: 7/16/98
Anthony R. Lee, Deputy
Clerk, U.S. District Court
Northern District of Indiana

207

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

A TRUE COPY ATTEST:
DATE: 3/31/08

*K. Catten*

Clerk, U.S. District Court
Northern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )     No. 3:97-CR-0007-01RM |
| | ) |
| DECAMERON GRANGER | ) |

<u>SENTENCING MEMORANDUM</u>

Decameron Granger has pleaded guilty to conspiracy to distribute crack cocaine (Count 1) and to money laundering (Count 23). Mr. Granger served as the right hand man of Sam Stanciel as they moved large quantities of crack into the Elkhart, Indiana area. The money laundering count relates to the purchase, in Mr. Granger's girlfriend's name, of an automobile with drug proceeds. The only objection to the presentence report was submitted by Mr. Granger, who objected initially to the consideration in ¶¶ 36-37 of the presentence report, of a sentence of supervision in Illinois for unlawful use of a weapon. At the sentencing hearing, Mr. Granger withdrew that objection. The court adopts as its own findings ¶¶ 1-77 of the presentence report, specifically including ¶¶ 47-61 concerning the defendant's financial condition and earning ability, and supplemented by the further finding that Mr. Granger earned his GED since the presentence report was prepared. The court employs the November 1997 version of the sentencing guidelines.

For sentencing purposes, Mr. Granger is responsible for distribution of 105 kilograms of crack cocaine and 41 kilograms of powder cocaine, producing a base offense

level of 38. U.S.S.G. § 2D1.1(c)(1). The court agrees with the parties that Mr. Granger has accepted responsibility for the offense of conviction, and did so in a timely fashion, so his offense level is reduced 3 levels, U.S.S.G. § 3E1.1(a), (b), to level 35.

One criminal history point is assessed for the probationary sentence imposed on Mr. Granger in Illinois in 1991 for unlawful use of a weapon and no city registration. A second point (to which Mr. Granger originally objected) is assessed for the 1989 probationary sentence in Illinois for unlawful use of a weapon. Those two criminal history points place Mr. Granger in criminal history category II, where a level 35 offender faces a sentencing range of 188 to 235 months' imprisonment. U.S.S.G. § 5A.

The government moves for a downward departure pursuant to U.S.S.G. § 5K1.1, which provides, "Upon motion of the government stating that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense, the court may depart from the guidelines." Such a motion launches an inquiry that can extend as far as four steps. First, the court must inquire whether the defendant is eligible for the requested departure—in other words, whether the defendant provided substantial assistance in another person's investigation or prosecution. If so, the court next inquires (because the guideline allows, but does not require, departure) whether it should exercise its discretion to depart. Those questions are easy in Mr. Granger's case: the government's submission persuades the court that Mr. Granger provided substantial assistance in the prosecution of Gwendolyn Holliday, and the parties' arguments persuade the court that the resultant discretion to depart should be exercised.

The next two inquiries are drawn from <u>United States v. Thomas</u>, 930 F.2d 526, 530-531 (7th Cir. 1991), which described departures of more than two levels are exceptional, <u>see, e.g.,</u> <u>United States v. Hayes</u>, 5 F.3d 292, 295 (7th Cir. 1993), and taught that if such an exceptional departure is appropriate, it may be helpful to consider the factors set forth in U.S.S.G. § 5K1.1(a) in determining the extent of the departure. Accordingly, the next two questions are whether the assistance rendered by the defendant is so exceptional as to warrant a departure of more than two levels, and if so, how great the departure should be. The court is to give substantial weight to the government's recommendation. <u>United States v. Stowe</u>, 989 F.2d 261, 263-264 (7th Cir. 1993).

Without meaning to lessen its importance, the court does not believe Mr. Granger's assistance was so exceptional as to warrant a departure of more than two levels. Mr. Granger assisted in the prosecution of the woman he used to launder money by buying a car in her name. She was a far smaller fish than he. The court has no doubt that it was very difficult for Mr. Granger to provide assistance against a loved one, Ms. Holliday appears to have been a criminal only because he made her so. His assistance led to her guilty plea, and the two-level departure recommended by the government recognizes that assistance, but nothing justifies a greater departure.

The court departs two levels to offense level 33, where a Category II offender faces a sentencing range of 151 to 188 months' imprisonment. The plea agreement contains two binding recommendations: that the sentence not exceed 188 months, and that the court select the sentence at the bottom of the applicable sentencing range—151 months, as it

3

turns out. The court believes that no longer sentence is needed for this 27-year-old first-time felon. The court does not believe that Mr. Granger can pay the fine required by the sentencing guidelines.

Accordingly, the court now accepts the defendant's guilty plea and, pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Decameron Granger, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 151 months on each count, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years, consisting of a term of five years on Count 1 and a term of three years on Count 23, with the terms to run concurrently. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions of supervised release that have been adopted by this court, and shall comply with the following additional conditions:

    1. the defendant shall not illegally possess a controlled substance, and shall submit to one drug urinalysis within 15 days after being released on supervision and at least two periodic tests thereafter;

    2. the defendant shall not possess a firearm or destructive device; and

    3. the defendant shall participate in a drug aftercare treatment program, which may include urine testing, at the probation officer's direction and

4

discretion, under a co-payment plan under which the defendant will be held responsible for 3 percent per $100 of his net wages as determined by the probation office.  If the defendant is unemployed or receiving public assistance, the defendant shall be held responsible for a copayment of $10 per month.  Payments shall be made on a per visit basis, and shall not exceed the contract price.

Because the defendant is not able and, even with the use of a reasonable installment schedule, is not likely to become able to pay all or part of the fine required by the sentencing guidelines, the court imposes no fine. It is further ordered that the defendant shall pay to the United States a special assessment of $200.00, which shall be due immediately.

ENTERED:  July 10, 1998

Robert L. Miller, Jr., Judge
United States District Court

A TRUE COPY. ATTEST:
DATE: 7/16/98

Clerk, U.S. District Court
Northern District of Indiana

5

· 6B.

A TRUE COPY ATTEST:
DATE: 3/31/08
K. Catter
Clerk, U.S. District Court
Northern District of Indiana

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
- - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

v.

DECAMERON GRANGER
(Name of Defendant)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After
November 1, 1987)

Cause No. 3:97CR00007(01)RM

Daniel Coyne
Defendant's Attorney

THE DEFENDANT:
**XX** pleaded guilty to count(s) <u>1 and 23</u> .
__ was found guilty on count(s) _ after a plea of not guilty.
  Accordingly, the defendant is adjudged guilty of such
count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No(s). |
|---|---|---|---|
| 21:846 | Conspiracy with Intent to Distribute Controlled Substance. | Spring of 96 | 1 |
| 18:1956(a)(B) (1)(i) & 2 | Money Laundering, Aiding and Abetting Therein. | 12-10-94 | 23 |

Defendant is sentenced as provided on additional pages of this
Judgment. The sentence is imposed pursuant to the Sentencing
Reform Act of 1984.
**XX** Count(s) <u>2,3,4,5,6,7,8,9,12,14,17,18,19,20,26,29,30,31,32,33</u>
<u>and 34</u> are dismissed on motion of the United States.

**XX** It is ordered that defendant shall pay to the United States a
special assessment of <u>$200.00</u>, for Count(s) <u>1 and 23</u> which shall
be due immediately as follows: payable to Clerk, U.S. District
Court, 102 Federal Bldg., 204 S. Main St., South Bend, Indiana
46601. It is further ordered that the defendant shall notify the
Clerk, of the United States District Court for this district
within 30 days of any change of name, residence or mailing
address until all fines, restitution, costs, and special
assessments imposed by this Judgment are fully paid.

<u>July 10, 1998</u>
Date of Imposition of Sentence

_Robert L. Miller, Jr., Judge_
United States District Court

St.

<u>July 10, 1998</u>
Date

A TRUE COPY ATTEST:
DATE: 7/16/98
Anthony R. Lee, Deputy
Clerk U.S. District Court
Northern District of Indiana

308

Defendant:    DECAMERON GRANGER        Judgment
Case No.:     3:97CR00007(01)RM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of onehundred fifty-one months on each count, to be served concurrently.

___ The Court makes the following recommendations to the Bureau of Prisons:

XX The defendant is remanded to the custody of the U.S. Marshal.

___ The defendant shall report to the facility designated by the Bureau of Prisons, as advised by the United States Marshal, not later than

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By_____
    Deputy Marshal

2

Defendant:    DECAMERON GRANGER        Judgment
Case No:      3:97CR00007(01)RM

## SUPERVISED RELEASE

    Upon release from imprisonment, the defendant shall be on
supervised release for a term of <u>five (5) years on count 1 and
for a term of three (3) years on count 23, with the terms to be
served concurrently.</u>

    While on supervised release, the defendant shall not commit
another federal, state, or local crime and shall not illegally
possess a controlled substance.  The defendant shall comply with
the standard conditions that have been adopted by this court.  If
this judgment imposes a restitution obligation, it shall be a
condition of supervised release that the defendant pay any such
restitution that remains unpaid at the commencement of the term
of supervised release.  The defendant shall comply with the
following additional conditions:

<u>XX</u> The defendant shall report in person to the probation office
in the district to which the defendant is released within 72
hours of release from the custody of the Bureau of Prisons.

<u>XX</u> The defendant shall not possess a firearm or destructive
device.

<u>XX</u> The defendant shall not illegally possess a controlled
substance, and shall submit to one drug urinalysis within 15 days
after being released on supervision and at least two periodic
tests thereafter.

<u>XX</u> The defendant shall participate in a drug aftercare treatment
program, which may include urine testing, at the probation
officer's direction and discretion, under a co-payment plan under
which the defendant will be held responsible for 3 percent per
$100 of his net wages as determined by the probation office.  If
the defendant is unemployed or receiving public assistance, the
defendant shall be held responsible for a co-payment of $10 per
month.  Payments shall be made on a per visit basis, and shall
not exceed the contract price.

3

Defendant:    DECAMERON GRANGER          Judgment
Case No:      3:97CR00007(01)RM

## STANDARD CONDITIONS OF SUPERVISION

While defendant is on probation or supervised release pursuant to
this Judgment, the defendant shall not commit another Federal,
State or local crime.  In addition:

1) the defendant shall not leave the judicial district without
   the permission of the court or probation officer;
2) the defendant shall report to the probation officer as
   directed by the court or probation officer and shall submit
   a truthful and complete written report within the first five
   days of each month;
3) the defendant shall answer truthfully all inquiries by the
   probation officer and follow the instructions of the
   probation officer.
4) the defendant shall support his or her dependents and meet
   other family responsibilities;
5) the defendant shall work regularly at a lawful occupation
   unless excused by the probation officer for schooling,
   training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72
   hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol
   and shall not purchase, possess, use, distribute, or
   administer any narcotic or other controlled substance, or
   any paraphernalia related to such substances, except as
   prescribed by a physician;
8) the defendant shall not frequent places where controlled
   substances are illegally sold, used, distributed, or
   administered;
9) the defendant shall not associate with any persons engaged
   in criminal activity, and shall not associate with any
   person convicted of a felony unless granted permission to do
   by the probation officer;
10) the defendant shall permit a probation officer to visit him
    or her at any time at home or elsewhere and shall permit
    confiscation of any contraband observed in plain view by
    the probation officer;
11) the defendant shall notify the probation officer within
    seventy-two hours of being arrested or questioned by a law
    enforcement officer;
12) the defendant shall not enter into any agreement to act as
    an informer or a special agent of a law enforcement agency
    without the permission of the court;
13) as directed by the probation officer, the defendant shall
    notify third parties of risks that may be occasioned by the
    defendant's criminal record or personal history or
    characteristics, and shall permit the probation officer to
    make such notifications and to confirm the defendant's
    compliance with such notification requirement.

4